In the Matter of the Claim of FRIEDA HOULAHAN, Appellant, v. JONES RICH MILK CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.